IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN K. MACINNIS,                                                                                       PLAINTIFF
REG. #08355-029

v.                                        2:15-cv-00174-KGB-JTK

UNITED STATES OF AMERICA                                                                  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 17). Plaintiff John K. MacInnis filed objections to the Proposed Findings and Recommendations (Dkt. No. 19). After careful consideration of the Proposed Findings and Recommendations and Mr. MacInnis's objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 17). The Court grants the United States' motion for summary judgment (Dkt. No. 11). The Court denies as moot all other pending motions, including Mr. MacInnis's motion for status (Dkt. No. 20). This matter is hereby dismissed with prejudice.

So ordered this 16th day of February, 2017.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge