IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN K. MACINNIS,**  **PLAINTIFF**
**REG. #08355-029**

**v.**      **2:15-cv-00174-KGB-JTK**

**UNITED STATES OF AMERICA**      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed with prejudice.

So adjudged this 16th day of February, 2017.

_____
Kristine G. Baker
United States District Judge